**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7604

AHMED MALACHI ABDEL-AZIZ,

                                    Petitioner - Appellant,

          versus

PATRICIA R. STANSBERRY,

                                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever, III, District Judge.  (5:06-hc-02140-D; 7:00-cr-00075-F)

Submitted:  December 21, 2006        Decided:  January 4, 2007

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ahmed Malachi Abdel-Aziz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Malachi Abdel-Aziz, a state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Abdel-Aziz v. Stansberry, Nos. 05:06-hc-02140-D; 7:00-cr-00075-F (E.D.N.C. Sept. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED